1
2
3
4
5
6
7                          **IN THE UNITED STATES DISTRICT COURT**
8                              **FOR THE DISTRICT OF ARIZONA**
9
10   | United States of America, | No. CR-17-50006-001-TUC-JGZ (JR) |
     |---|---|
11   | Plaintiff, | **ORDER** |
12   | v. | |
13   | Julio Anilber Castellanos-Salamanca, | |
14   | Defendant. | |
15

16
17         On January 14, 2017, Defendant filed Motion to Dismiss Petition on Supervised
18   Release for Lack of Probable Cause and/or Jurisdiction.  (Doc. 8.)
19         On February 3, 2017, Magistrate Judge Jacqueline Rateau conducted a hearing on
20   the motion.   Her Report and Recommendation was filed on February 7, 2017 and
21   recommends Defendant's Motion to Dismiss Petition be denied.   (Doc. 14.)
22         On March 9, 2017, Defendant filed Notice of Concurrence and Motion to
23   Withdraw Motion.  (Doc. 21.)
24         Accordingly, IT IS HEREBY ORDERED as follows:
25      1. Magistrate Judge Rateau's Report and Recommendation (Doc. 14) is ACCEPTED
26         AND ADOPTED;
27      2. Defendant's Notice of Concurrence and Motion to Withdraw Motion is
28         GRANTED.  (Doc. 21.)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3. Defendant's Motion to Dismiss Petition on Supervised Release for Lack of Probable Cause and/or Jurisdiction (doc. 8) is WITHDRAWN.

Dated this 10th day of March, 2017.

Honorable Jennifer G. Zipps
United States District Judge